# HEARING MINUTES

Cause No:       4:20-CV-3382

Style:          KY Home & Garden, LLC v. AMI Ventures, Inc.

Hearing Type:   Pre-motion conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Brandon James Leavitt | Plaintiff |
| Jing Wang | Fuzhou Seechance Holding, LTD; American Seechance, Inc.; Universal Garden Supply & Manufacturing, Inc.; LA Green Garden, Inc. |

Date: April 7, 2021                         Court reporter: Sanchez
Time: 11:36 a.m.—12:11 p.m.                 Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a pre-motion conference as stated on the record. Plaintiff's motions for entry of default and for default judgment [Dkt. 47, Dkt. 51, and Dkt. 53] are **DENIED**. Defendant AMI Ventures, Inc. will file a letter **by the close of business on April 20, 2021** informing the Court whether it has obtained legal counsel. Any responses to Plaintiff's motion for leave to amend its complaint [Dkt. 64] are due **by the close of business on April 20, 2021**. Plaintiff may file a reply brief to each response within **seven days** of the date on which the response is filed. Plaintiff will confer with Hua Vong and get her contact information.