Hau Vong
650 Singing Vista Dr
El Cajon, CA 92019
310-430-9522
hcvong675@gmail.com

United States Courts
Southern District of Texas
FILED
APR 16 2021
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| KY HOME & GARDEN, LLC, Plaintiff, vs. HAU VONG, Defendant | Case No.: 4:20-cv-3382 ANSWER |
|---|---|

COMES NOW the Defendant Hau Vong in answering the allegations of Plaintiff's Complaint denies and alleges as follows:

1. Defendant partially admits and partially denies the allegations contained in paragraph 43 of the complaint. Specifically, plaintiff became aware of the WeightMax was offered via URL but is unaware of WeightMax that defendant offered was purchased from an authorized dealer (on belief) at the time.
2. Defendant admits the allegations contained in paragraph 44 of the complaint.
3. Defendant partially admits and partially denies the allegations contained in paragraph 45 of the complaint. Specifically, plaintiff became aware of the

WeightMax was offered via URL but is unaware of WeightMax that defendant offered was purchased from an authorized dealer (on belief).

4. Defendant admits the allegations contained in paragraph 46 of the complaint.

5. Defendant admits the allegations contained in paragraph 47 of the complaint.

6. Defendant partially admits and partially denies the allegations contained in paragraph 48 of the complaint. Specifically, defendant used the Marks in US Commerce but with Plaintiff's permission indirectly since it was purchased from an authorized dealer (on belief).

7. Defendant partially admits and partially denies the allegations contained in paragraph 49 of the complaint. Specifically, Plaintiff became aware of defendant adopted the use of Plaintiff's Marks, label, and federal symbol, but is unaware of the adopted use is with Plaintiff's permission indirectly.

8. Defendant admits the allegations contained in paragraph 50 of the complaint.

9. Defendant partially admits and partially denies the allegations contained in paragraph 51 of the complaint. Specifically, defendant had knowledge of Plaintiff's Marks and registration but without intention to confuse consumers or with willful blindness to Plaintiff's rights.

10. Defendant partially admits and partially denies the allegations contained in paragraph 52 of the complaint. Specifically, Plaintiff was aware of profits made

by defendant but is unaware of the extent of the profits made or entitlement of the defendant.

11. Defendant denies the allegations contained in paragraph 53 of the complaint.

12. Defendant denies the allegations contained in paragraph 54 of the complaint.

Defendant submits the following defenses and allegations supporting Plaintiff's cause of action:

**Defense 1 –**

Defendant denies the allegations by Plaintiff in Count 1.

13. Paragraph 85-86, adopt by reference the answers to the allegations adopted by reference.

14. Paragraph 87- 90 deny. Ten items were purchased in 2017 from a store called The Hydro Source in city of Covina, CA on belief that the store was an authorized dealer of Weightmax at the time.

**Defense 2 –**

Defendant denies the allegations by Plaintiff in Count 2.

15. Paragraph 91, adopt by reference the answers to the allegations adopted by reference.

16. Paragraph 92- 95 deny. Ten items were purchased in 2017 from a store called The Hydro Source in city of Covina, CA on belief that the store was as authorized dealer of Weightmax at the time.

17. Defendant stopped promoting and selling Weightmax as of 12/10/2018 (see exhibit 8).

**Defense 3 and 4–**

Defendant denies the allegations by Plaintiff in Count 3 and 4.

18. Paragraph 96-97, adopt by reference the answers to the allegations adopted by reference.

19. Paragraph 98- 101 deny. Ten items were purchased in 2017 from a store called The Hydro Source in city of Covina, CA on belief that the store was an authorized dealer of Weightmax at the time.

**Defense 5 and 6 –**

Defendant denies the allegations by Plaintiff in Count 5 & 6.

20. Paragraph 102-103, adopt by reference the answers to the allegations adopted by reference.

21. Paragraph 104- 111 deny. A total of nine items were sold on Amazon from 9/18/2017 to 11/18/2018 (see exhibits 1-6) with a total profit of $382 (see

exhibits 7). Defendant stopped promoting and selling Weightmax product on 12/10/2018 (see exhibit 8).

## Affirmative Defenses

NOTWITHSTANDING THE DEFENSES SET FORTH ABOVE, Defendant also submits the following affirmative defenses:

22. Defendant's actions were privileged.

23. Defendant reserves the right to assert additional affirmative defenses as they become available.

WHEREFORE, Defendant requests that this Court deny Plaintiff's claims, enter judgment in favor of Defendant, dismiss this suit with prejudice.

Dated this 15th day of April, 2021.

Respectfully Submitted,

[signature]

Hau Vong
Defendant

## CERTIFICATE OF SERVICE

This is to certify that, on April 15, 2021, a true and correct copy of the above and foregoing document has been served on Plaintiff and the Court of Southern district of Texas via registered US postal service to:

Plaintiff's Attorneys:

Brandon J. Leavitt

4204 SW Green Oaks Blvd., Suite 140

Arlington, TX 76107

(214) 727-2055

brandon@uslawpros.com

United States District Court

For the Southern District of Texas

Attn: case 4:20-cv-03382

PO Box 61010

Houston, TX 77208

Hau Vong

**Exhibit 1**



Hau Vong <hvong675@gmail.com>

**Sold, ship now: [FreeEconomy Shipping] O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg**

1 message

**Seller Notification** <seller-notification@amazon.com> Mon, Sep 18, 2017 at 12:42 PM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold an item on Amazon!

Please note you agreed to ship this order no later than 09/20/2017. Keep in mind you are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 112-7441195-1266634

Please ship this order using FreeEconomy shipping.

Ship by: 09/20/2017
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 1
Order date: 09/18/2017
Price: $225.00
Shipping: $0.00
Amazon fees: -$33.75
Your earnings: $191.25

- - - - - - - - - - - - - - - - - - - -

NEXT STEPS FOR THIS ORDER:

1) Print the packing slip:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=112-7441195-1266634 Click "Print order packing slip" next to the order number at the top of the page.

2) Buy shipping (optional):
You may ship the item using any carrier and method you prefer. Want to avoid a trip to the post office? Click "Buy shipping" at the bottom of the Order Detail page to purchase and print shipping labels from your home or office. Delivery confirmation is also available. To learn more, search "shipping" in seller Help.

3) Confirm shipment:
Click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details. Once confirmed, we'll charge the buyer, notify them their order has shipped, and transfer the order payment into your seller account. To learn more, search "shipping" in seller Help.

Thank you for selling with Amazon.com.

Amazon Services

**Exhibit 1**

---

QUESTIONS?

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

To change your preference for receiving this email, log into Seller Central, choose Settings and then Notification Preferences. You can also access this page directly at https://www.amazon.com/notification-preferences.

Please ensure your email address on file is up to date so you receive future notifications.

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.
Was this email helpful?

**Exhibit 2**



Hau Vong <hvong675@gmail.com>

## Sold, ship now: O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg

1 message

**Seller Notification** <seller-notification@amazon.com> Mon, Sep 18, 2017 at 9:53 PM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold 3 items on Amazon!

Please note you agreed to ship this order no later than 09/20/2017. Keep in mind you are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 111-1284626-1783449

Please ship this order using Standard shipping.

Ship by: 09/20/2017
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 3
Order date: 09/18/2017
Price: $675.00
Shipping: $22.99
Amazon fees: -$104.70
Your earnings: $593.29

--------------------

NEXT STEPS FOR THIS ORDER:

1) Print the packing slip:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=111-1284626-1783449 Click "Print order packing slip" next to the order number at the top of the page.

2) Buy shipping (optional):
You may ship the item using any carrier and method you prefer. Want to avoid a trip to the post office? Click "Buy shipping" at the bottom of the Order Detail page to purchase and print shipping labels from your home or office. Delivery confirmation is also available. To learn more, search "shipping" in seller Help.

3) Confirm shipment:
Click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details. Once confirmed, we'll charge the buyer, notify them their order has shipped, and transfer the order payment into your seller account. To learn more, search "shipping" in seller Help.

Thank you for selling with Amazon.com.

Amazon Services

Exhibit 2

---

QUESTIONS?

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

To change your preference for receiving this email, log into Seller Central, choose Settings and then Notification Preferences. You can also access this page directly at https://www.amazon.com/notification-preferences.

Please ensure your email address on file is up to date so you receive future notifications.

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.
Was this email helpful?

**Exhibit 3**



Hau Vong <hvong675@gmail.com>

# Sold, ship now: [FreeEconomy Shipping] O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg

1 message

**Seller Notification** <seller-notification@amazon.com> Fri, Oct 6, 2017 at 9:15 AM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold an item on Amazon!

Please note you agreed to ship this order no later than 10/11/2017. Keep in mind you are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 114-8028732-0138647

Please ship this order using FreeEconomy shipping.

Ship by: 10/11/2017
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 1
Order date: 10/06/2017
Price: $224.44
Shipping: $0.00
Amazon fees: -$33.67
Your earnings: $190.77

\- - - - - - - - - - - - - - - - - - -

NEXT STEPS FOR THIS ORDER:

1) Print the packing slip:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=114-8028732-0138647 Click "Print order packing slip" next to the order number at the top of the page.

2) Buy shipping (optional):
You may ship the item using any carrier and method you prefer. Want to avoid a trip to the post office? Click "Buy shipping" at the bottom of the Order Detail page to purchase and print shipping labels from your home or office. Delivery confirmation is also available. To learn more, search "shipping" in seller Help.

3) Confirm shipment:
Click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details. Once confirmed, we'll charge the buyer, notify them their order has shipped, and transfer the order payment into your seller account. To learn more, search "shipping" in seller Help.

Thank you for selling with Amazon.com.

Amazon Services

Exhibit 3

---

QUESTIONS?

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

To change your preference for receiving this email, log into Seller Central, choose Settings and then Notification Preferences. You can also access this page directly at https://www.amazon.com/notification-preferences.

Please ensure your email address on file is up to date so you receive future notifications.

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.
Was this email helpful?

**Exhibit 4**



Hau Vong <hvong675@gmail.com>

## Sold, ship now: [FreeEconomy Shipping] O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg

1 message

**Seller Notification** <seller-notification@amazon.com> Tue, Jan 9, 2018 at 8:45 PM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold an item on Amazon!

Please note you agreed to ship this order no later than 01/10/2018. Keep in mind you are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 111-9043534-0167452

Please ship this order using FreeEconomy shipping.

Ship by: 01/10/2018
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 1
Order date: 01/09/2018
Price: $224.44
Shipping: $0.00
Amazon fees: -$33.67
Your earnings: $190.77

\- - - - - - - - - - - - - - - - - - -

NEXT STEPS FOR THIS ORDER:

1) Print the packing slip:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=111-9043534-0167452 Click "Print order packing slip" next to the order number at the top of the page.

2) Buy shipping (optional):
You may ship the item using any carrier and method you prefer. Want to avoid a trip to the post office? Click "Buy shipping" at the bottom of the Order Detail page to purchase and print shipping labels from your home or office. Delivery confirmation is also available. To learn more, search "shipping" in seller Help.

3) Confirm shipment:
Click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details. Once confirmed, we'll charge the buyer, notify them their order has shipped, and transfer the order payment into your seller account. To learn more, search "shipping" in seller Help.

Thank you for selling with Amazon.com.

Amazon Services

---

QUESTIONS?

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

To change your preference for receiving this email, log into Seller Central, choose Settings and then Notification Preferences. You can also access this page directly at https://www.amazon.com/notification-preferences.

Please ensure your email address on file is up to date so you receive future notifications.

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.
Was this email helpful?

Exhibit 5



Hau Vong <hvong675@gmail.com>

# Sold, ship now: [FreeEconomy Shipping] O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg

1 message

**Seller Notification** <seller-notification@amazon.com> Sun, Mar 4, 2018 at 5:35 PM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold 2 items on Amazon!

Please note you agreed to ship this order no later than 03/05/2018. Keep in mind you are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 112-7424637-7457033

Please ship this order using FreeEconomy shipping.

Ship by: 03/05/2018
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 2
Order date: 03/04/2018
Price: $448.88
Shipping: $0.00
Amazon fees: -$67.34
Your earnings: $381.54

\- - - - - - - - - - - - - - - - - - -

NEXT STEPS FOR THIS ORDER:

1) Print the packing slip:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=112-7424637-7457033 Click "Print order packing slip" next to the order number at the top of the page.

2) Buy shipping (optional):
You may ship the item using any carrier and method you prefer. Want to avoid a trip to the post office? Click "Buy shipping" at the bottom of the Order Detail page to purchase and print shipping labels from your home or office. Delivery confirmation is also available. To learn more, search "shipping" in seller Help.

3) Confirm shipment:
Click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details. Once confirmed, we'll charge the buyer, notify them their order has shipped, and transfer the order payment into your seller account. To learn more, search "shipping" in seller Help.

Thank you for selling with Amazon.com.

Amazon Services

 **Exhibit 5**

---

QUESTIONS?

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

To change your preference for receiving this email, log into Seller Central, choose Settings and then Notification Preferences. You can also access this page directly at https://www.amazon.com/notification-preferences.

Please ensure your email address on file is up to date so you receive future notifications.

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.
Was this email helpful?

**Exhibit 6**



Hau Vong <hvong675@gmail.com>

## Sold, ship now: [FreeEconomy Shipping] O7D-JDY-7KJ Weight Max 5-58-17 2.5 kg

1 message

**Seller Notification** <seller-notification@amazon.com> Sun, Nov 18, 2018 at 7:11 PM
Reply-To: "seller-notification@amazon.com" <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear hvong675@gmail.com,

Congratulations! You just sold an item on Amazon!

Keep in mind that you agreed to ship this order no later than 11/19/2018. You are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 30 days, Amazon will cancel the order, and you will not receive payment for it.

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 111-7440675-7525814

Please ship this order using FreeEconomy shipping.

Ship by: 11/19/2018
Item: Weight Max 5-58-17 2.5 kg
Condition: New
Listing ID: 0621S1MY6M2
SKU: O7D-JDY-7KJ
Quantity: 1
Order date: 11/18/2018
Price: $224.44
Shipping: $0.00
Amazon fees: -$33.67
Your earnings: $190.77

- - - - - - - - - - - - - - - - - - - -

NEXT STEPS FOR THIS ORDER:

1) **Print the packing slip**:
Log into your seller account and go to the Order Details page for this order: https://sellercentral.amazon.com/hz/orders/details?orderId=111-7440675-7525814 Click "Print order packing slip" next to the order number at the top of the page.

2) **Buy shipping (optional)**:
Use Buy Shipping to purchase your shipping services and track packages directly through Seller Central or through the Merchant Fulfillment API.

Buy Shipping suggests shipping services that can meet the customer delivery promise, based on a carrier's estimated delivery date. It can also automatically upload tracking information for all U.S. orders.

Click the yellow "Buy shipping" button next to an order on the Order Detail page to purchase and print shipping labels from your home or office. To learn more about the benefits of purchasing shipping with Buy Shipping, visit our Help page.

3) **Confirm shipment**:
If you choose to purchase shipping outside of Seller Central, click "Confirm shipment" at the bottom of the Order Detail page and enter shipping details, including tracking. After confirmation, we'll charge the buyer, notify that the order has shipped, and transfer the order payment to your Seller account. To learn more, visit our How to confirm a shipment Help page.

Exhibit 6

Thank you for selling with Amazon.com.

Amazon Services

---

ADDITIONAL GUIDANCE

---

Check your remaining inventory: If you typically restock this product, check your remaining quantity in Manage Inventory.

For additional assistance, please visit seller Help.

This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

Was this email helpful? Let us know by responding to our survey.

Exhibit 7

| Date | Item | Price Sold | Customer paid shipping | Amazon Fee | Shipping cost | Item Cost | Total profit |
|---|---|---|---|---|---|---|---|
| 9/18/2017 | 1 | $225.00 | $0.00 | -$33.75 | -$8.18 | -$140.00 | $43.07 |
| 9/18/2017 | 3 | $675.00 | $22.99 | -$104.70 | -$12.87 | -$420.00 | $160.42 |
| 10/6/2017 | 1 | $225.00 | $0.00 | -$33.67 | -$9.26 | -$140.00 | $42.07 |
| 1/9/2018 | 1 | $224.44 | $0.00 | -$33.67 | -$19.33 | -$140.00 | $31.44 |
| 3/4/2018 | 2 | $448.88 | $0.00 | -$67.34 | -$27.82 | -$280.00 | $73.72 |
| 11/18/2018 | 1 | $224.44 | $0.00 | -$33.67 | -$18.12 | -$140.00 | $32.65 |
| Total | 9 | $2,022.76 | $22.99 | -$306.80 | -$95.58 | -$1,260.00 | $383.37 |

Exhibit 8



Hau Vong <hvong675@gmail.com>

---

# Amazon Listing Canceled

1 message

---

**Amazon Services** <seller-notification@amazon.com> Mon, Dec 10, 2018 at 9:50 PM
Reply-To: Amazon Services <seller-notification@amazon.com>
To: "hvong675@gmail.com" <hvong675@gmail.com>

Dear GardenHydro,

As requested, your listings for the following items have been canceled:

O7D-JDY-7KJ - Weight Max 5-58-17 2.5 kg Your items no longer appear in the Amazon.com catalog and cannot be purchased. You can review the details of your canceled listings, including the price, condition, and seller comments for each individual listing, by visiting the Inventory section in your seller account. Your closed listings appear in the Inactive view of your current inventory.

Thank you for selling on Amazon,

Amazon Services

(This message was sent by an automated e-mail system that cannot accept incoming e-mail. Please do not reply to it.)

Was this email helpful?

If you have any questions visit: Seller Central
To change your email preferences visit: Notification Preferences
We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.
Copyright 2018 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210