## In the United States District Court
## for the Southern District of Texas

| | | |
|---|---|---|
| **KY Home & Garden, LLC,** | § § § | |
| Plaintiff | § § | Civil Action No. 4:20-cv-3382 |
| *versus* | § § | |
| **Ami Ventures, Inc.,** *et. al.* | § § | **Jury Demand** |
| Defendants. | § § | |

### Request for Issuance of Subpoena

Pursuant to Rule 45(a)(3) of the Federal Rules of Civil Procedure, Plaintiff KY Home & Garden, LLC hereby requests that the court clerk issue a subpoena to the following non-party custodians of records:

- Pinterest, Inc.
- Big Valley Brokerage *dba* Big Valley Auction
- GoDaddy.com, LLC
- Tencent Holding, Inc., *dba* Tencent, *dba* WeChat, *dba* Weixin
- Name.com, Inc.
- eBay, Inc.

Plaintiff has submitted partially completed courtesy copies of Form AO 88B as Exhibits herein.

Dated this September 20, 2021.

Respectfully Submitted,
Leavitt Eldredge Law Firm

 /Brandon J. Leavitt/
Brandon James Leavitt
Tx Bar No. 24078841
4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107

(214) 727-2055
brandon@uslawpros.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

This is to certify that, on September 20, 2021, a true and correct copy of the above and foregoing document has been served on all named Parties

via email to:

**Hau Vong** (*pro se*)
hcvong675@gmail.com

By ECF notification to:

**Universal Garden Supply & Manufacturing *dba* Hydro Planet**
**American Seechance, Inc. *dba* Hydro Planet**
**Fuzhou Seechance Holding, Ltd. *dba* Hydro Planet**
**La Green Garden, Inc. *dba* Hydro Planet**

Attention: Jing Wang
Kinswood Law, PC
1800 E. Lambert Rd, Suite 215
Brea, CA 92821
626-353-8682
jw@kwlaws.com

**AMI Ventures, Inc.**

Attention: Omar Darwich
The Darwich Law Firm, LLC
300 Weatherstone Dr # 190
Wadsworth, OH 44281
omar@darwichlegal.com

in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　/Brandon J. Leavitt/
　　　　　　　　　　　　Brandon James Leavitt